FILED
CLERK, U.S. DISTRICT COURT
11/05/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: ___jm___ DEPUTY

E. MARTIN ESTRADA
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
SCOTT PAETTY (Cal. Bar No. 274719)
ALI MOGHADDAS (Cal. Bar No. 305654)
Assistant United States Attorney
Major Frauds Section
    1100 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-1786
    Facsimile: (213) 894-0141
    E-mail:   scott.paetty@usdoj.gov
              ali.moghaddas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:22-mj-04385 -duty |
| Plaintiff, | [PROPOSED] ORDER SEALING CASE |
| v. | **(UNDER SEAL)** |
| CHRISTOPHER K. KAMON, | |
| Defendant. | |

    For good cause shown, IT IS HEREBY ORDERED THAT:

    The above-captioned case and all documents filed in it, the government's sealing application, and this order shall be kept under seal until further order of the Court, upon request of the government.

| | |
|---|---|
| _11/05/2022_ | _/S/_ |
| DATE | HONORABLE MICHAEL WILNER |
| | UNITED STATES MAGISTRATE JUDGE |

1

**OR IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying documents shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____          _____
DATE                                     HONORABLE MICHAEL WILNER
                                         UNITED STATES MAGISTRATE JUDGE

2