FILED
CLERK, U.S. DISTRICT COURT
11/16/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: JB DEPUTY

Query    Reports    Utilities    Help    Log Out

CLOSED

## U.S. District Court
## District of Maryland (Baltimore)
### CRIMINAL DOCKET FOR CASE #: 1:22-mj-03247-MJM All Defendants

2:22-mj-04385-DUTY

| | |
|---|---|
| Case title: USA v. Kamon | Date Filed: 11/07/2022 |
| Other court case number: Unknown U.S. District Court-Central District of California | Date Terminated: 11/16/2022 |

Assigned to: Magistrate Judge Matthew James Maddox

**Defendant (1)**

Christopher K Kamon  
TERMINATED: 11/16/2022

represented by **Donald Paul Salzman**  
Skadden Arps Slate Meagher and Flom LLP  
1440 New York Ave NW  
Washington, DC 20005  
12023717983  
Fax: 12023955760  
Email: donald.salzman@probonolaw.com  
*ATTORNEY TO BE NOTICED*

**Jessie K. Liu**  
Skadden, Arps, Slate Meagher & Flom  
1440 New York Avenue, NW  
Washington, DC 20005  
202-371-7000  
Fax: 202-661-2340  
Email: jessie.liu@skadden.com  
*PRO HAC VICE*  
*ATTORNEY TO BE NOTICED*  
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18 U.S.C. Sec. 1343 Wire Fraud | |

**Plaintiff**

USA

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 11/07/2022 | 1 | COMPLAINT as to Christopher K Kamon (1).(Attachment: # 1 Affidavit In Support of Criminal Complaint) (td4s, Deputy Clerk). (Entered: 11/07/2022) |
| 11/07/2022 | 3 | Initial Appearance in Rule 5(c)(3) Proceedings as to Christopher K Kamon held on 11/7/2022 before Magistrate Judge Matthew James Maddox.(FTR Gold, CRD: Caitlyn Wilson, CTRM: 7B) (cw6s, Deputy Clerk) (Entered: 11/07/2022) |
| 11/07/2022 | 4 | ORDER OF TEMPORARY DETENTION as to Christopher K Kamon. Detention Hearing set for 11/10/2022 11:30 AM in Courtroom 7B, 101 West Lombard Street, Baltimore, Maryland 21201, before Magistrate Judge Matthew James Maddox.. Signed by Magistrate Judge Matthew James Maddox on 11/7/2022. (cw6s, Deputy Clerk) (Entered: 11/07/2022) |
| 11/07/2022 | 6 | ORDER pursuant to Fed R Crim P 5(f) and the Due Process Protections Act as to Christopher K Kamon. Signed by Magistrate Judge Matthew James Maddox on 11/7/2022. (cw6s, Deputy Clerk) (Entered: 11/07/2022) |
| 11/07/2022 | 7 | WAIVER of Rule 5(c)(3) Hearing by Christopher K Kamon(cw6s, Deputy Clerk) (Entered: 11/07/2022) |
| 11/08/2022 | 8 | MOTION to Appear Pro Hac Vice for Jessie K. Liu *as counsel for Christopher K. Kamon.* (Filing fee $100, receipt number AMDDC-10260690.). (Salzman, Donald) (Entered: 11/08/2022) |
| 11/09/2022 | 9 | ORDER granting 8 Motion to Appear Pro Hac Vice on behalf of Jessie K. Liu. Directing attorney Jessie K. Liu to register for pro hac vice filing in the District of Maryland through PACER at https://pacer.uscourts.gov/ if attorney has not already done so. The *Pro Hac Vice* option must be selected when registering as to Christopher K Kamon (1). Signed by Clerk on 11/9/2022. (mh4s, Deputy Clerk) (Entered: 11/09/2022) |
| 11/10/2022 |   | PAPERLESS NOTICE OF HEARING by U.S. Attorney's Office as to Christopher K Kamon. PLEASE NOTE: Defendant is in custody. A writ has not been requested. A come up was requested on 11/10/2022. An interpreter will not be needed. Detention Hearing set for 11/10/2022 11:30 AM in Courtroom 7B, 101 West Lombard Street, Baltimore, Maryland 21201, before Magistrate Judge Matthew James Maddox.(McGuinn, Colleen) (Entered: 11/10/2022) |
| 11/10/2022 | 10 | Detention Hearing as to Christopher K Kamon held on 11/10/2022 before Magistrate Judge Matthew James Maddox.(FTR Gold; Telita Davis, Courtroom 7B.) (td4s, Deputy Clerk) (Entered: 11/10/2022) |
| 11/10/2022 | 11 | ORDER OF DETENTION as to Christopher K Kamon.. Signed by Magistrate Judge Matthew James Maddox on 11/10/2022. (td4s, Deputy Clerk) (Entered: 11/11/2022) |
| 11/10/2022 | 12 | COMMITMENT TO ANOTHER DISTRICT as to Christopher K Kamon. Defendant committed to District of Central District of California.. Signed by Magistrate Judge Matthew James Maddox on 11/10/2022. (td4s, Deputy Clerk) (Entered: 11/11/2022) |
| 11/16/2022 | 14 | Notice to US District Court for the Central District of California of a Rule 5 Initial Appearance as to Christopher K Kamon. Docket sheet and documents attached. (If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (td4s, Deputy Clerk) (Entered: 11/16/2022) |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.                                            Criminal No. 22-mj-03247-MJM-1

Defendant.   Christopher K. Kamon

### ORDER PURSUANT TO Fed R. Crim. P. 5(f)

As amended on October 21, 2020, Federal Rule of Criminal Procedure 5(f) and the Due Process Protections Act, Pub. L. No 116–182, 134 Stat. 894 (Oct. 21, 2020) require that:

"In all criminal proceedings, on the first scheduled court date when both prosecutor and defense counsel are present, the judge shall issue an oral and written order to prosecution and defense counsel that confirms the disclosure obligation of the prosecutor under *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and the possible consequences of violating such an order under applicable law."

Accordingly, the Court ORDERS the United States to adhere to the disclosure obligations set forth in *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny. *Brady v. Maryland* instructs that "the suppression by the prosecution of evidence favorable to an accused" violates due process where the evidence is "material either to guilt or to punishment, irrespective of the good faith or bad faith of the prosecution." 373 U.S. at 87. Failure to adhere to this requirement in a timely manner may result in serious consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, vacating a conviction, or disciplinary action against the prosecution.

Having given counsel the oral admonition required by the Due Process Protections Act, the United States is ordered to produce in a timely manner all exculpatory evidence to the defendant pursuant to *Brady v. Maryland* and its progeny. Not doing so may result in the imposition of the sanctions referenced in this Order.

It is SO ORDERED.

Date: November 7, 2022                        _____
                                              Matthew J. Maddox
                                              United States Magistrate Judge

AO 466A (Rev. 12/09; MD 02/10) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 22-mj-03247-MJM-1 |
| Christopher K. Kamon | ) | Charging District's Case No. Other Case No. |
| Defendant | ) | |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☑ an identity hearing and production of the warrant.

☑ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: November 7, 2022

*Defendant's signature*

*Signature of defendant's attorney*

Jessie K. Lin

*Printed name of defendant's attorney*

☐ ENTERED
☐ LOGGED ☐ RECEIVED

2:20 pm, Nov 10 2022
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

vs.

CHRISTOPHER K. KAMON

Case No. 22-mj-3247-MJM

\*\*\*\*\*\*

## ORDER OF DETENTION (18 U.S.C. § 3142)

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), a detention hearing has been held. I have concluded that the following facts require the detention of the defendant pending the trial of this case.

### PART I: FINDINGS OF FACT

☒ (1) This is a case in which the [government may properly seek detention] or [the court may consider ordering detention sua sponte].

☒ (2) The defendant is charged under: 18 U.S.C. sec. 1343

☒ (3) The maximum term of imprisonment, if convicted, is: 20 YEARS

☒ (4) Based on the government's **[proffer]** [evidence] there is probable cause to believe that the defendant committed the offense(s) charged.

  ☐ The government is entitled to a presumption under § 3142 (e) **[describe in Part II]**.

  ☐ The defendant has failed to rebut this presumption [as to flight risk] or [as to danger].

☒ (5) I find, by a preponderance of the evidence, from the information produced at the hearing that there is a serious risk that the defendant will not appear.

☐ (6) I find, by clear and convincing evidence, from the information produced at the hearing that the defendant poses a risk to the safety of other persons and the community.

☒ (7) I find by clear and ~~convincing evidence~~ that there is no condition or combination of conditions which will reasonably assure **[the defendant's presence at trial or as otherwise required]** ~~[community safety]~~.

### PART II: WRITTEN STATEMENT OF ADDITIONAL REASONS FOR DETENTION

REASONS STATED ON THE RECORD AT THE HEARING

The defendant is committed to the custody of the Attorney General or his/her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the U.S. Marshal shall deliver the defendant for the purpose of an appearance in connection with a court proceeding.

November 10, 2022
Date

/s/ Matthew J. Maddox
Matthew J. Maddox
United States Magistrate Judge

U.S. District Court (9/2009) Criminal Magistrate Forms: Order of Detention

AO 94 (Rev. 01/09, MD 6/09) Commitment to Another District

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 22-mj-3247-MJM |
| CHRISTOPHER K. KAMON | ) | |
| | ) | Charging District's |
| *Defendant* | ) | Case No. Unknown |

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

2:20 pm, Nov 10 2022

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

## COMMITMENT TO ANOTHER DISTRICT

The defendant has been ordered to appear in the   Central   District of   California
The defendant may need an interpreter for this language:

The defendant:  [X]  will retain an attorney.

[ ]  is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Date: November 10, 2022

*Judge's signature*

Matthew J. Maddox     , United States Magistrate Judge
*Printed name and title*