

FILED
CLERK, U.S. DISTRICT COURT

DEC 19 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 2:22-mj-04385 |
| CHRISTOPHER K. KAMON | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of _the Defendant_____, IT IS ORDERED that a detention hearing is set for _December 28_____, _2022_____, at _9:00_____ ☒a.m. / ☐p.m. before the Honorable _Karen L. Stevenson, United States Magistrate Judge_____, in Courtroom _580_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _December 19, 2022_       _/s/ Karen L. Stevenson_
                                  U.S. ~~District Judge~~/Magistrate Judge