Jack P. DiCanio (SBN 138782)
jack.dicanio@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Palo Alto, CA 94301
Telephone: (650) 470-4500

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | 2:22-mj-04385 |
| v. | |
| Christopher K. Kamon | **NOTICE OF MANUAL FILING** |
| | **OR LODGING** |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Defendant Christopher K. Kamon's Application to File Under Seal; Proof of Service; Proposed Order; Defendant Christopher K. Kamon's Memorandum in Support of Pre-Trial Release and Proposed Bond Conditions; and Certain Other Supporting Declarations

**Reason:**

☑ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

December 23, 2022
Date

/s/ Jack P. DiCanio
Attorney Name

Defendant Christoper K. Kamon
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*