JACK P. DICANIO (SBN 138782)
jack.dicanio@skadden.com
ALLEN L. LANSTRA (SBN 251510)
allen.lanstra@skadden.com
MATTHEW J. TAKO (SBN 307013)
matthew.tako@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

Attorneys for Defendant
Christopher K. Kamon

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>Plaintiff,<br><br>v.<br><br>Christopher K. Kamon,<br><br>Defendant. | CASE NO.: 2:22-MJ-04385<br><br>DECLARATION OF ▮▮▮ IN SUPPORT OF DEFENDANT CHRISTOPHER K. KAMON'S MEMORANDUM IN SUPPORT OF PRE-TRIAL RELEASE AND PROPOSED BOND CONDITIONS<br><br>Date: December 28, 2022<br>Time: 9:00 A.M. |

DECLARATION OF ▮▮▮

I, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, declare and state as follows:

1. I am the sister of Christopher Kamon ("Defendant" or "Chris"). I make this declaration in support of Chris's Memorandum in Support of Pre-Trial Release and Proposed Bond Conditions. I have personal knowledge of the facts set forth herein, and, if called to testify, I could and would do so competently as to the matters set forth herein.

2. I reside in Maryland and am currently an active duty Officer with the United States Public Health Services. I am stationed at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ as an Emergency Management Officer/Staff Manager. I have a top secret security clearance, which is required for my employment.

3. It is my understanding that Chris is compiling a bond proposal which includes real property being used to secure his bond.

4. I own a property in ▮▮▮▮▮▮▮▮▮▮▮▮.

5. It is my understanding that, should I post this property for Chris's bond package, this action may negatively impact my security clearance and jeopardize my employment.

6. But for the potential negative impact that posting this property may have on my security clearance and employment, which would be a significant detriment to both myself and my family, I would be willing to post this property for Chris's bond package.

7. Chris is my older brother, and we have shared all of life's ups and downs together. We grew up in a very loving family and were extremely close with our parents, who we sadly lost in 2021. Chris was especially close with our mother and I understood that he took the loss very hard.

8. For as long as I have known Chris, he has always loved fishing and I understood that, after the loss of our parents, he wanted to move somewhere where he could do this more often. Given that I was on the East Coast, I understood that Chris was moving to The Bahamas to be only a two and a half hour flight from me and my

1
DECLARATION OF ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

family and to be in a warm location with great fishing full time.

9. In mid-June 2022, Chris came to Maryland to stay with me and begin house hunting in The Bahamas. He began receiving his mail at my house and used my house as his homebase for traveling between the United States and The Bahamas.

10. It was my understanding that on each trip, Chris would stay in a different area of The Bahamas and search for his future home. He would return to Maryland whenever I needed him or there was a major life event.

11. I believe that Chris made at least three return trips from The Bahamas to Maryland to be with me prior to his arrest.

12. Eventually Chris found a home that he wanted to purchase. I knew the home was in The Bahamas but I did not have the exact address yet when Chris was arrested. I also believed that the home was undergoing repairs.

13. Chris never hid his location from me was very excited to share his new home with me and my family. He would tell me that his new home had plenty of space for my children and I to visit and he was planning to have us and all of our cousins come to The Bahamas for the holiday season.

14. Chris excitedly FaceTimed me from his new home in The Bahamas so that I could see it. At one point, he showed me the hummingbirds that were etched in the glass of an entryway, which Chris told me was a sign that our mother was present in his new home.

15. I did not believe that Chris's location was a secret.

16. Chris is my rock. I talked to him almost every day prior to his arrest. Even now, when we are able to speak, he still asks me how my children and I are doing before discussing anything else and I know that Chris would never abandon us. I trust Chris more than anyone I know and I am confident that he would never take any steps to put our family in harm's way.

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct to the best of my knowledge.
3  Executed on December 22, 2022, in █████████████████
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
DECLARATION OF █████████