JACK P. DICANIO (SBN 138782)
jack.dicanio@skadden.com
ALLEN L. LANSTRA (SBN 251510)
allen.lanstra@skadden.com
MATTHEW J. TAKO (SBN 307013)
matthew.tako@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

Attorneys for Defendant
Christopher K. Kamon

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>Plaintiff,<br><br>v.<br><br>Christopher K. Kamon,<br><br>Defendant. | CASE NO.: 2:22-MJ-04385<br><br>DECLARATION OF ▮▮▮▮▮▮▮▮ IN SUPPORT OF DEFENDANT CHRISTOPHER K. KAMON'S MEMORANDUM IN SUPPORT OF PRE-TRIAL RELEASE AND PROPOSED BOND CONDITIONS<br><br>Date: December 28, 2022<br>Time: 9:00 A.M. |

REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL

DECLARATION OF ▮▮▮▮▮▮▮▮

I, ▒▒▒▒▒▒▒▒▒▒, declare and state as follows:

1. I am the first cousin of Christopher Kamon ("Defendant" or "Chris"). I make this declaration in support of Chris's Memorandum in Support of Pre-Trial Release and Proposed Bond Conditions. I have personal knowledge of the facts set forth herein, and, if called to testify, I could and would do so competently as to the matters set forth herein.

2. Chris is just one year older than me, so we, along with all of our other cousins, grew up together.

3. I am a first grade teacher in ▒▒▒▒▒▒▒▒▒▒ and my husband, ▒▒▒▒▒ ▒▒▒▒▒ is a Principal Analyst at ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒. My husband is required to maintain a security clearance as he works on U.S. government contracts.

4. It is my understanding that Chris is compiling a bond proposal which includes real property being used to secure his bond.

5. My husband and I own a property in ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒

6. It is our understanding that, should we post this property for Chris's bond package, this action may negatively impact his security clearance and jeopardize his employment.

7. But for the potential negative impact that posting these properties may have on my husband's security clearance, his employment, and therefore our family's livelihood, we would be willing to post this property for Chris's bond package.

8. The family was fully aware that Chris was moving to The Bahamas. A life away from negative press and closer to his sister ▒▒▒▒, who lives in Maryland, sounded like a great plan to us.

9. The family was hoping to visit Chris soon in The Bahamas and even spend the holidays together.

10. I did not believe that Chris's location was a secret.

11. We support Chris and have full faith that he will meet all obligations put forth by the Court, as he would never harm his family.

1

DECLARATION OF ▒▒▒▒▒▒▒▒▒

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on December 21, 2022, in ███████████████.

DECLARATION OF ███
2