JACK P. DICANIO (SBN 138782)
jack.dicanio@skadden.com
ALLEN L. LANSTRA (SBN 251510)
allen.lanstra@skadden.com
MATTHEW J. TAKO (SBN 307013)
matthew.tako@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

Attorneys for Defendant
Christopher K. Kamon

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | CASE NO.: 2:22-MJ-04385 |
|---|---|
| Plaintiff, | |
| v. | DECLARATION OF ███████ IN SUPPORT OF DEFENDANT CHRISTOPHER K. KAMON'S MEMORANDUM IN SUPPORT OF PRE-TRIAL RELEASE AND PROPOSED BOND CONDITIONS |
| Christopher K. Kamon, | |
| Defendant. | |
| | Date: December 28, 2022 |
| | Time: 9:00 A.M. |

REDACTED VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER SEAL

---

DECLARATION OF ███████

I, [redacted], declare and state as follows:

1. I am the first cousin of Christopher Kamon ("Defendant" or "Chris"). I make this declaration in support of Chris's Memorandum in Support of Pre-Trial Release and Proposed Bond Conditions. I have personal knowledge of the facts set forth herein, and, if called to testify, I could and would do so competently as to the matters set forth herein.

2. I have known Chris my entire life. All of the Kamon family cousins grew up together and remain close.

3. I am an Associate Director of Supply Chain at [redacted]. I have a security clearance, which is required for my employment. My husband, [redacted], also works for [redacted] as a Principal Materials Planner with special clearances

4. It is my understanding that Chris is compiling a bond proposal which includes real property being used to secure his bond.

5. I own a property in [redacted]

6. It is my understanding from talking to my employer that, should I post this property for Chris's bond package, this action may negatively impact both my and my husband's security clearances and impact our employment.

7. But for the potential negative impact that posting this property may have on our security clearances and employment, we would be willing to post this property for Chris's bond package.

8. Our family, myself included, was aware that Chris was relocating to The Bahamas. We discussed the move with him several times, talking about fishing and visiting him.

9. We understood that Chris was looking for a simpler life outside of the limelight from his previous employment and that he wanted to be closer to his sister, [redacted] who lives in Maryland.

10. I did not believe that Chris's location was a secret.

1

DECLARATION OF [redacted]

1 | I declare under penalty of perjury under the laws of the United States of America
2 | that the foregoing is true and correct to the best of my knowledge.
3 |     Executed on December 21, 2022, in ▮▮▮▮▮▮▮▮▮▮
4 | ▮▮▮▮▮▮▮▮▮▮
5
6
7
...
28

DECLARATION OF ▮▮▮▮▮▮