# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**\*\*AMENDED\*\***

## MINUTES - DETENTION HEARING - REVIEW/RECONSIDERATION OF BAIL / DETENTION ORDER - NEBBIA HEARING

Case No. **22MJ4385**   CourtSmart **12/28/2022**   Date: **December 28, 2022**

Present: The Honorable **Karen L. Stevenson**, U.S. Magistrate Judge

| **Gay Roberson** | **Ali Moghaddas** | **N/A** |
|---|---|---|
| *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter / Language* |

USA v. **CHRISTOPHER K. KAMON**
☑ Present  ☑ Custody  ☐ Bond  ☐ Not present

Attorney Present for Defendant: **Jack P. DiCanio**
☑ Present  ☐ CJA  ☑ Retd  ☐ DFPD  ☐ Not present

**PROCEEDINGS: DETENTION HEARING**    ☐ Contested detention hearing is held.

☐ Government's request for detention is:  ☐ GRANTED  ☐ DENIED  ☐ WITHDRAWN  ☐ CONTINUED
☐ Witnesses CST (see separate list).   ☐ Exhibits Marked/Admitted (see separate list).
☐ Court orders that exhibits be returned to the respective counsel / party of record.
  ☐ See Receipt for Release of Exhibits to Counsel.
☐ Counsel stipulation to bail.
☐ Court finds presumption under 18 USC 3142e _____ has not been rebutted.
☐ Court ORDERS DEFENDANT PERMANENTLY DETAINED. See separate detention order.
☐ Court finds presumption under 18 USC 3142e _____ has been rebutted.
☐ **Court sets bail at: $ _____ .**   ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE**.
☐ Court orders that defendant be detained for a period not to exceed ten (10) Court days. See separate order re temporary detention.
☐ Court orders further detention / bail hearing to be set on _____ at _____ ☐ a.m. / ☐ p.m. in Courtroom _____ before Judge _____ .
☐ Court orders case continued to _____ at _____ ☐ a.m. / ☐ p.m. for _____ , in Courtroom _____ before Judge _____ .
☐ Release Order Issued - Release No. _____ .
☑ Other: The Court refers the Defendant's request regarding Detention to the District Judge. An order of detention was order by U.S. Magistrate Judge Maddox on November 10, 2022. The order regarding temporary detention remains in effect.

**\*\*PIA SCHEDULED JANUARY 24, 2023 AT 11:30AM BEFORE DUTY JUDGE -COURTROOM 880**

**PROCEEDINGS:**    ☐ REVIEW / RECONSIDERATION OF BAIL / DETENTION ORDER - BOND HEARING
          ☐ NEBBIA HEARING

Hearing on ☐ Plaintiff's  ☐ Defendant's request for review / reconsideration of bail / detention order had and request is:
          ☐ GRANTED  ☐ DENIED

Court ORDERS bail as to the above-named defendant  ☐ **modified to**  ☐ **set at: $** _____
  ☐ **SEE ATTACHED COPY OF CR-01 BOND FORM FOR CONDITIONS OF RELEASE.**
☐ Bond previously set is ordered vacated.
☐ Court orders defendant permanently detained. See separate order.
☐ Court denies request for bail, defendant shall remain permanently detained as previously ordered.
☐ Witnesses CST (see separate list).   ☐ Exhibits Marked / Admitted (see separate list).
☐ Court orders that exhibits be returned to the respective counsel / party of record.
  ☐ See Receipt for Release of Exhibits to Counsel.
☐ Case continued to _____ at _____ ☐ a.m. / ☐ p.m. for _____ before Judge _____ in Courtroom _____ .
☐ Nebbia conditions are satisfied and the Government approves the bond package as presented to the Court.
☐ Other _____

Release Order Issued - Release No. _____  : **17**

Deputy Clerk Initials  **gr**