1 | JACK P. DICANIO (SBN 138782)
jack.dicanio@skadden.com
2 | ALLEN L. LANSTRA (SBN 251510)
allen.lanstra@skadden.com
3 | MATTHEW J. TAKO (SBN 307013)
matthew.tako@skadden.com
4 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
5 | Palo Alto, California 94301
Telephone: (650) 470-4500
6 | Facsimile: (650) 470-4570

7 | Attorneys for Defendant
Christopher K. Kamon

8

9 | UNITED STATES DISTRICT COURT

10 | FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

United States of America

Plaintiff,

v.

Christopher K. Kamon,

Defendant.

CASE NO.: 2:22-MJ-04385

DECLARATION OF JACK P. DICANIO
IN SUPPORT OF DEFENDANT
CHRISTOPHER K. KAMON'S
MEMORANDUM IN SUPPORT OF PRE-
TRIAL RELEASE AND PROPOSED
BOND CONDITIONS

Date:  December 28, 2022
Time:  9:00 A.M.

DECLARATION OF JACK P. DICANIO

1    I, Jack P. DiCanio, declare and state as follows:

2    1.    I am a partner of the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel of record for Defendant Christopher K. Kamon ("Defendant") in this matter. I am a member of the California bar. I make this declaration in support of Defendant's Memorandum in Support of Pre-Trial Release and Proposed Bond Conditions. I have personal knowledge of the facts set forth herein, and, if called to testify, I could and would do so competently as to the matters set forth herein.

2.    On August 15, 2022, a prosecutor from the United States Attorney's Office for the Northern District of Illinois left me a voicemail on my office telephone indicating that he wanted to speak to me about Mr. Kamon.

3.    After receiving this voicemail, over the next several weeks, to the best of my recollection I left three separate voicemails for the prosecutor indicating that I would be happy to speak with him about Mr. Kamon.

4.    Despite my repeated attempts, the prosecutor never returned any of my calls. I simply assumed he must have been busy on another matter.

5.    At no time did anyone from the Department of Justice indicate to me that Mr. Kamon was the target of an investigation, nor did anyone inform me that Mr. Kamon should not travel outside of the Central District of California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on December 22, 2022, in Gallatin Gateway, Montana.


_____
Jack P. DiCanio

DECLARATION OF JACK P. DICANIO