1  JACK P. DICANIO (SBN 138782)
   jack.dicanio@skadden.com
2  ALLEN L. LANSTRA (SBN 251510)
   allen.lanstra@skadden.com
3  MATTHEW J. TAKO (SBN 307013)
   matthew.tako@skadden.com
4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 University Avenue
5  Palo Alto, California 94301
   Telephone: (650) 470-4500
6  Facsimile: (650) 470-4570

7  Attorneys for Defendant
   Christopher K. Kamon
8

9              UNITED STATES DISTRICT COURT

10         FOR THE CENTRAL DISTRICT OF CALIFORNIA

11 United States of America          CASE NO.:  2:22-MJ-04385

12              Plaintiff,
                                     DECLARATION OF ███████
13       v.                          ███████ IN SUPPORT OF
                                     DEFENDANT CHRISTOPHER K.
14 Christopher K. Kamon,             KAMON'S MEMORANDUM IN
                                     SUPPORT OF PRE-TRIAL RELEASE
15              Defendant.           AND PROPOSED  BOND CONDITIONS

16                                   Date:  December 28, 2022
                                     Time:  9:00 A.M.
17

18

19

20              REDACTED VERSION OF DOCUMENT
21           PROPOSED TO BE FILED UNDER SEAL

22

23

24

25

26

27

28

              DECLARATION OF ████████████

1    I, ███████████████, declare and state as follows:

2    1.    I am the first cousin of Christopher Kamon ("Defendant" or "Chris"). I

3    make this declaration in support of Chris's Memorandum in Support of Pre-Trial

4    Release and Proposed Bond Conditions. I have personal knowledge of the facts set

5    forth herein, and, if called to testify, I could and would do so competently as to the

6    matters set forth herein.

7    2.    Chris is just one year older than me, so we, along with all of our other

8    cousins, grew up together.

9    3.    I am a first grade teacher in ████████████ and my husband, ██████

10   ████████ is a Principal Analyst at ████████████████. My husband is

11   required to maintain a security clearance as he works on U.S. government contracts.

12   4.    It is my understanding that Chris is compiling a bond proposal which

13   includes real property being used to secure his bond.

14   5.    My husband and I own a property in ████████████████

15   6.    It is our understanding that, should we post this property for Chris's bond

16   package, this action may negatively impact his security clearance and jeopardize his

17   employment.

18   7.    But for the potential negative impact that posting these properties may

19   have on my husband's security clearance, his employment, and therefore our family's

20   livelihood, we would be willing to post this property for Chris's bond package.

21   8.    The family was fully aware that Chris was moving to The Bahamas. A

22   life away from negative press and closer to his sister ██████, who lives in Maryland,

23   sounded like a great plan to us.

24   9.    The family was hoping to visit Chris soon in The Bahamas and even

25   spend the holidays together.

26   10.   I did not believe that Chris's location was a secret.

27   11.   We support Chris and have full faith that he will meet all obligations put

28   forth by the Court, as he would never harm his family.

1       I declare under penalty of perjury under the laws of the United States of America

2  that the foregoing is true and correct to the best of my knowledge.

3       Executed on December 21 , 2022, in _____.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

DECLARATION OF