JACK P. DICANIO (SBN 138782)
jack.dicanio@skadden.com
ALLEN L. LANSTRA (SBN 251510)
allen.lanstra@skadden.com
MATTHEW J. TAKO (SBN 307013)
matthew.tako@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

Attorneys for Defendant
Christopher K. Kamon

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>Plaintiff,<br><br>v.<br><br>Christopher K. Kamon,<br><br>Defendant. | CASE NO.: 2:22-MJ-04385<br><br>DECLARATION OF RICHARD STEINGARD IN SUPPORT OF DEFENDANT CHRISTOPHER K. KAMON'S MEMORANDUM IN SUPPORT OF PRE-TRIAL RELEASE AND PROPOSED BOND CONDITIONS<br><br>Date: December 28, 2022<br>Time: 9:00 A.M. |

DECLARATION OF RICHARD STEINGARD

I, Richard Steingard, declare and state as follows:

1. I am an attorney with the Law Offices of Richard M. Steingard . I previously served as counsel for Defendant Christopher K. Kamon ("Defendant" or "Mr. Kamon") in this matter. I am a member of the California bar. I make this declaration in support of Mr. Kamon's Memorandum in Support of Pre-Trial Release and Proposed Bond Conditions. I have personal knowledge of the facts set forth herein, and, if called to testify, I could and would do so competently as to the matters set forth herein.

2. On March 31, 2021, I spoke with Chris Catizone, an Assistant U.S. Attorney in the Northern District of Illinois. I had previously been advised that Mr. Catizone was one of the prosecutors assigned to the criminal investigation of the Girardi Keese law firm. I asked Mr. Catizone whether the government considered Mr. Kamon a witness, subject, or target of their investigation. Mr. Catizone stated that at that juncture, he could not provide me with a witness/subject/target description for Mr. Kamon.

3. On April 2, 2021, I followed up with Mr. Catizone via email. In that email, I once again asked whether Mr. Catizone could provide me with a witness/subject/target description for Mr. Kamon. I also wrote that I was prepared to discuss a potential interview of Mr. Kamon by Mr. Catizone. I provided Mr. Catizone with my cell phone number. A copy of this email is attached hereto as Exhibit 1.

4. I did not have any further communications with Mr. Catizano or anyone from the government. At no time did Mr. Catizone, or anyone from the United States Attorney's Office, inform me that Mr. Kamon was a target of any investigation.

5. At no time did Mr. Catizone, or anyone from the United States Attorney's Office, follow up on my offer to schedule a meeting with Mr. Kamon.

1
DECLARATION OF RICHARD STEINGARD

1  I declare under penalty of perjury under the laws of the United States of America
2  that the foregoing is true and correct to the best of my knowledge.
3  Executed on December 20, 2022, in Los Angeles, California.

_____
Richard Steingard

# Exhibit 1

**From:** Richard Steingard
**Sent:** Friday, April 2, 2021 11:00 AM
**To:** christopher.catizone@usdoj.gov
**Subject:** Chris Kamon

Mr. Catizone,
As you will recall, we spoke on March 30, 2021, regarding my client, Chris Kamon. At that time, I explained to you that the Trustee in the Girardi Keese bankruptcy matter was seeking to have Mr. Kamon designated as a substitute for the debtor who could attend a 341(a) creditor's meeting and answers questions. As I advised, if so designated, Mr. Kamon, on the advice of counsel, will assert his 5th Amendment rights and decline to make a statement or answer questions. On that basis, we filed the attached Opposition to the Trustee's motion, which includes my declaration of our conversation. If you believe any part of it is inaccurate, pls advise and we can discuss.
Additionally, I am still interested in Mr. Kamon's designation—witness, subject, target. You previously mentioned a desire to interview Mr. Kamon. We can discuss that as well.
Thank you and I look forward to hearing from you. My contact information is below but I can best be reached on my cell, 213-880-4792.
Richard Steingard

**Richard M. Steingard**
**Law Offices of Richard M. Steingard**
800 Wilshire Boulevard, Suite 1050
Los Angeles, California 90017
Telephone: (213) 260 – 9449
Direct: (213) 260 - 9436
Facsimile: (213) 260 - 9450
E-mail: Richard@SteingardLaw.com

The information contained in this electronic mail message is privileged and confidential and is intended for use by the sender and the addressees named above.  This message may not be shared with, or forwarded to, third parties without the express written permission of the sender.  If you have received this message in error, please notify the sender immediately and delete the message and all copies.