JACK P. DICANIO (SBN 138782)
jack.dicanio@skadden.com
ALLEN L. LANSTRA (SBN 251510)
allen.lanstra@skadden.com
MATTHEW J. TAKO (SBN 307013)
matthew.tako@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, California 94301
Telephone: (650) 470-4500
Facsimile: (650) 470-4570

Attorneys for Defendant
Christopher K. Kamon

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DISTRICT

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>v.<br><br>Christopher K. Kamon,<br><br>                Defendant. | CASE NO.: 2:22-mj-04385<br><br>**PROOF OF SERVICE**<br><br>Date:       TBD<br>Time:      TBD<br>Judge:     Hon. Dale S. Fischer<br>Courtroom: 7D |

PROOF OF SERVICE

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I, Matthew Tako, declare that I am over the age of eighteen (18) and not a party to this action. I am employed by the law firm of Skadden, Arps, Slate, Meagher & Flom LLP. My business address is 300 S. Grand Avenue, Suite 3400, Los Angeles, California 90071, and my email address is matthew.tako@skadden.com.

On December 30, 2022, I served the documents described as:

1. Defendant Christopher K. Kamon's Application to Seal;
2. Declaration of Jack P. DiCanio in Support of Defendant Christopher K. Kamon's Application to Seal;
3. [Proposed] Order Granting Defendant Christopher K. Kamon's Application to Seal;
4. Defendant Christopher K. Kamon's Motion to Revoke Detention Order;
5. Declaration of Richard Steingard in Support of Defendant Christopher K. Kamon's Memorandum in Support of Pre-Trial Release and Proposed Bond Conditions;
6. Declaration of Jack P. DiCanio In Support of Defendant Christopher K. Kamon's Memorandum in Support of Pre-Trial Release and Proposed Bond Conditions;
7. Declaration of ▇▇▇▇▇▇▇▇ in Support of Defendant Christopher K. Kamon's Memorandum in Support of Pre-Trial Release and Proposed Bond Conditions;
8. Declaration of ▇▇▇▇▇▇▇▇ in Support of Defendant Christopher K. Kamon's Memorandum in Support of Pre-Trial Release and Proposed Bond Conditions;
9. Declaration of ▇▇▇▇▇▇▇▇ in Support of Defendant Christopher K. Kamon's Memorandum in Support of Pre-Trial Release and Proposed Bond Conditions;

1

10. Declaration of ▆▆▆▆ in Support of Defendant Christopher K. Kamon's Memorandum in Support of Pre-Trial Release and Proposed Bond Conditions;

11. Proof of Service

on the interested parties in this action addressed as follows:

| Scott Paetty<br>Assistant United States Attorney<br>United States Attorney's Office<br>Central District of California<br>312 N. Spring Street<br>Los Angeles, CA 90012 | Ali Moghaddas<br>Assistant United States Attorney<br>United States Attorney's Office<br>Central District of California<br>312 N. Spring Street<br>Los Angeles, CA 90012 |
|---|---|

☒ **BY ELECTRONIC MAIL**: The foregoing documents were served electronically by electronically mailing a true and correct copy through the firm's electronic mail system to the e-mail addresses, as stated above.

I declare under penalty of perjury under the laws of the State of California and the laws of the United States that the above is true and correct.

Executed on December 30, 2022 at Mammoth Lakes, California.

Matthew Tako
PRINT NAME

_____
SIGNATURE

2

PROOF OF SERVICE