# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22-mj-04385-DUTY | Date | January 9, 2023 |
| Present: The Honorable | **DALE S. FISCHER, UNITED STATES DISTRICT JUDGE** | | |
| Interpreter | N/A | | |

| Renee Fisher | Pat Cuneo | Ali Moghaddas / Scott Paetty |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Christopher K. Kamon | √ | √ | | Jack P. DiCanio | √ | | √ |
| | | | | Allen L. Lanstra | √ | | √ |

**Proceedings:** BAIL REVIEW (Held and Completed)

The matter is called and counsel state their appearances.

The Court and counsel discuss the status of the case.

The matter is before the court following the Defendant's Motion to Revoke the Detention Order. [29] [33]. The Court has reviewed and considered the report submitted by Pretrial Services and the parties' submissions.

The Court invites counsel to present their oral arguments. Arguments by counsel are heard. The Court will issue an order.